UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ANNETTE M. BECK,            :       Chapter 13
                                    :
                                    :       No.    23-12942-PMM
            Debtor                  :

ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, RECEIPT OF
NOTICES, AND INCLUSION ON NOTICE LIST

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for a party in interest in the above-captioned case, and, pursuant to Bankruptcy Rules 2002 and 9007, our client respectfully requests that all notices given or required to be given in this case and in any adversary proceedings by the Court, the Debtors, any Creditors' Committee, any Trustee, the United States Trustee, any Trustee subsequently appointed, and/or any other party in interest in this case be given to our client and the undersigned counsel at the addresses and to the persons, telephone numbers and telecopier set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, telecopier, or otherwise:

| | |
|---|---|
| Discovery Federal Credit Union<br>2744 Century Blvd.<br>Wyomissing, PA  19610 | Attorney and Address<br>Matthew G. Brushwood, Esquire<br>Barley Snyder, LLP<br>2755 Century Blvd.<br>Wyomissing, PA  19610<br>Telephone No: (610) 898-7165<br>Email Address: mbrushwood@barley.com |

1

11231844.1

PLEASE TAKE FURTHER NOTICE that client intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) client's rights to have orders in non-core matters entered only after de novo review by a District Judge, (ii) client's right to trial by jury in any proceeding so triable in this case or any other cases, controversies or proceedings related to this case, (iii) client's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, (iv) client's right to have the Bankruptcy Court and the District Court abstain in any matter subject to mandatory or discretionary abstention or (v) any other rights, claims, actions, defenses, set-offs or recoupments to which client is or may be entitled under agreements or in law or in equity, all of which rights, claims, actions, defenses, set-offs and recoupments client expressly reserves.

DATED: 12/4/2023           By:      /s/ *Matthew G. Brushwood, Esquire*
                                    Matthew G. Brushwood, Esquire
                                    Barley Snyder LLP
                                    PA Attorney I.D. No. 310592
                                    2755 Century Blvd.
                                    Wyomissing, PA  19610
                                    (610) 898-7165

I hereby certify that copies of this Entry of Appearance were served December 4, 2023 by ECF notice (electronically) upon:

Trustee
Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Ste. 100
Reading, PA  19606

Debtor's Attorney
Brenna H. Mendelsohn, Esquire
637 Walnut St.
Reading, PA 19601

U.S. Trustee
Office of United States Trustee
Robert N.C. Nix Federal Bldg.
900 Market St., Ste. 320
Philadelphia, PA  19107

11231844.1

We hereby certify that copies of this Entry of Appearance were served by U.S. First Class Mail, postage prepaid, upon the following entities on the date hereof:

<u>Debtor</u>

Annette M. Beck
499 Park Road
Fleetwood, PA  19522

11231844.1