Certificate Number: 20102-PAE-DE-038041500

Bankruptcy Case Number: 23-12942



20102-PAE-DE-038041500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 22, 2023</u>, at <u>1:02</u> o'clock <u>PM EST</u>, <u>Annette M. Beck</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>December 22, 2023</u>          By:  <u>/s/Marcy Walter</u>

                                       Name:  <u>Marcy Walter</u>

                                       Title:  <u>President-Manager</u>