UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Annette M. Beck<br><br>　　　　　　　　Debtor | Chapter 13<br>Bankruptcy No.23-12942-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 11th day of January, 2024, by first class mail upon those listed below:

Annette M. Beck
499 Park Road
Fleetwood, PA  19522

**Electronically via CM/ECF System Only:**

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING, PA  19601

　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee