United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12942-pmm |
| Annette M. Beck | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 28, 2024 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annette M. Beck, 499 Park Road, Fleetwood, PA 19522-8303 |
| 14818846 | + | Discovery Federal Cr U, P.o. Box 6618, Reading, PA 19610-0618 |
| 14836089 | + | Discovery Federal Credit Union, 2744 Century Blvd., Wyomissing, PA 19610-3345 |
| 14836533 | + | Discovery Federal Credit Union, c/o Matthew G. Brushwood Esquire, Barley Snyder, LLP, 2755 Century Blvd, Wyomissing, PA 19610-3346 |
| 14820099 | + | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14818842 | + | Email/Text: Bankruptcy@BAMcollections.com | Mar 29 2024 00:19:00 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave, Ste 502, Pob 8875, Camp Hill, PA 17001-8875 |
| 14818843 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2024 00:20:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14822034 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 29 2024 00:20:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14826512 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2024 00:19:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14818844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2024 00:20:09 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14821164 | | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14818845 | + | Email/Text: mrdiscen@discover.com | Mar 29 2024 00:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14818848 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 29 2024 00:18:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14830409 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2024 00:20:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14818849 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 29 2024 00:18:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14837023 | ^ | MEBN | Mar 29 2024 00:15:16 | Nations Lending Corp, LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 14820571 | ^ | MEBN | Mar 29 2024 00:15:06 | Nations Lending Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14836203 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2024 00:19:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk, VA 23541 |
| 14820736 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 29 2024 00:19:37 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14818850 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 29 2024 00:19:37 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14818851 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2024 00:19:37 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14818852 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 29 2024 00:30:40 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14836202 | + | Email/Text: bncmail@w-legal.com | Mar 29 2024 00:19:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14818853 | + | Email/Text: bncmail@w-legal.com | Mar 29 2024 00:19:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14824862 | + | Email/Text: bankruptcy@bbandt.com | Mar 29 2024 00:19:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14820099 | ^ | MEBN | Mar 29 2024 00:15:21 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107-3126 |
| 14818854 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2024 00:19:53 | WF Hotel, Attn: Bankruptcy, 1 Home Campus, 3rd Floor Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14830558 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 29 2024 00:20:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14818847 | *+ | Discovery Federal Cr U, P.o. Box 6618, Reading, PA 19610-0618 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2024 at the address(es) listed below:

**Name**                         **Email Address**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 28, 2024 | Form ID: 155 | Total Noticed: 27 |

BRENNA HOPE MENDELSOHN
    on behalf of Debtor Annette M. Beck tobykmendelsohn@comcast.net

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor Discovery Federal Credit Union mbrushwood@barley.com
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor NATIONS LENDING CORPORATION mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Annette M. Beck<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−12942−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 28, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court