| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-12942-PMM**

Annette M. Beck
499 Park Road
Fleetwood  PA   19522

Petition Filed Date: 09/28/2023
341 Hearing Date: 11/14/2023
Confirmation Date: 03/28/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/30/2023 | $365.00 | | 12/08/2023 | $365.00 | | 01/02/2024 | $201.99 | |
| 02/01/2024 | $200.00 | | 03/05/2024 | $200.00 | | 04/01/2024 | $200.00 | |
| 04/29/2024 | $200.00 | | 06/03/2024 | $200.00 | | 06/26/2024 | $200.00 | |
| 07/26/2024 | $200.00 | | | | | | | |

**Total Receipts for the Period: $2,331.99   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,331.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,110.00 | $2,098.79 | $2,011.21 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK »» 003 | Unsecured Creditors | $2,020.74 | $0.00 | $2,020.74 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $11,803.78 | $0.00 | $11,803.78 |
| 5 | TRUIST BANK - DDA RECOVERY »» 005 | Unsecured Creditors | $48.92 | $0.00 | $48.92 |
| 6 | CAVALRY SPV INVESTMENTS LLC »» 006 | Unsecured Creditors | $3,678.23 | $0.00 | $3,678.23 |
| 7 | LVNV FUNDING LLC »» 007 | Unsecured Creditors | $887.41 | $0.00 | $887.41 |
| 8 | WELLS FARGO BANK NEVADA NA »» 008 | Unsecured Creditors | $9,097.71 | $0.00 | $9,097.71 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $15,118.61 | $0.00 | $15,118.61 |
| 10 | DISCOVERY FEDERAL CREDIT UNION »» 010 | Unsecured Creditors | $2,713.30 | $0.00 | $2,713.30 |
| 11 | DISCOVERY FEDERAL CREDIT UNION »» 011 | Secured Creditors | $18,363.63 | $0.00 | $18,363.63 |
| 12 | TD BANK USA NA »» 012 | Unsecured Creditors | $1,362.08 | $0.00 | $1,362.08 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES »» 013 | Unsecured Creditors | $7,232.59 | $0.00 | $7,232.59 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $2,813.48 | $0.00 | $2,813.48 |

**Chapter 13 Case No. 23-12942-PMM**

| 15 | LOANCARE SERVICING CENTER »» 015 | Mortgage Arrears | $51.22 | $0.00 | $51.22 |
| 16 | BUREAU OF ACCOUNT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,331.99 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $2,098.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $233.20 | Total Plan Base: | $25,029.82 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.