| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-12942-PMM

| | |
|---|---|
| Annette M. Beck | Petition Filed Date: 09/28/2023 |
| 499 Park Road | 341 Hearing Date: 11/14/2023 |
| Fleetwood  PA    19522 | Confirmation Date: 03/28/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/03/2024 | $200.00 | | 09/30/2024 | $200.00 | | 10/28/2024 | $200.00 | |
| 12/09/2024 | $200.00 | | 01/03/2025 | $200.00 | | 01/30/2025 | $200.00 | |
| 03/03/2025 | $200.00 | | 03/31/2025 | $200.00 | | 05/01/2025 | $200.00 | |
| 06/02/2025 | $200.00 | | 06/27/2025 | $200.00 | | 07/31/2025 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,731.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,110.00 | $4,110.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,020.74 | $0.00 | $2,020.74 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $11,803.78 | $0.00 | $11,803.78 |
| 5 | TRUIST BANK - DDA RECOVERY<br>»» 005 | Unsecured Creditors | $48.92 | $0.00 | $48.92 |
| 6 | CAVALRY SPV INVESTMENTS LLC<br>»» 006 | Unsecured Creditors | $3,678.23 | $0.00 | $3,678.23 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $887.41 | $0.00 | $887.41 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $9,097.71 | $0.00 | $9,097.71 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $15,118.61 | $0.00 | $15,118.61 |
| 10 | DISCOVERY FEDERAL CREDIT UNION<br>»» 010 | Unsecured Creditors | $2,713.30 | $0.00 | $2,713.30 |
| 11 | DISCOVERY FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $18,363.63 | $196.24 | $18,167.39 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $1,362.08 | $0.00 | $1,362.08 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $7,232.59 | $0.00 | $7,232.59 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,813.48 | $0.00 | $2,813.48 |

**Chapter 13 Case No. 23-12942-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LOANCARE SERVICING CENTER »» 015 | Mortgage Arrears | $51.22 | $0.00 | $51.22 |
| 16 | BUREAU OF ACCOUNT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,731.99 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $4,306.24 | Arrearages: | $200.00 |
| Paid to Trustee: | $425.20 | Total Plan Base: | $25,029.82 |
| Funds on Hand: | $0.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.