Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Annette M. Beck
499 Park Road
Fleetwood, PA 19522

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-12942-PMM**

Petition Filed Date: 09/28/2023
341 Hearing Date: 11/14/2023
Confirmation Date: 03/28/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $200.00 | | 09/29/2025 | $200.00 | | 10/27/2025 | $200.00 | |
| 11/24/2025 | $200.00 | | 12/29/2025 | $200.00 | | 02/02/2026 | $200.00 | |
| 03/02/2026 | $200.00 | | 03/30/2026 | $200.00 | | 04/27/2026 | $200.00 | |
| 05/26/2026 | $200.00 | | 06/23/2026 | $200.00 | | | | |

**Total Receipts for the Period: $2,200.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,131.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $4,110.00 | $4,110.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | REGIONAL ACCEPTANCE CORP<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $2,020.74 | $0.00 | $2,020.74 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $11,803.78 | $0.00 | $11,803.78 |
| 5 | TRUIST BANK - DDA RECOVERY<br>»» 005 | Unsecured Creditors | $48.92 | $0.00 | $48.92 |
| 6 | CAVALRY SPV INVESTMENTS LLC<br>»» 006 | Unsecured Creditors | $3,678.23 | $0.00 | $3,678.23 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $887.41 | $0.00 | $887.41 |
| 8 | WELLS FARGO BANK NEVADA NA<br>»» 008 | Unsecured Creditors | $9,097.71 | $0.00 | $9,097.71 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $15,118.61 | $0.00 | $15,118.61 |
| 10 | DISCOVERY FEDERAL CREDIT UNION<br>»» 010 | Unsecured Creditors | $2,713.30 | $0.00 | $2,713.30 |
| 11 | DISCOVERY FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $18,363.63 | $2,414.08 | $15,949.55 |
| 12 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $1,362.08 | $0.00 | $1,362.08 |

**Chapter 13 Case No. 23-12942-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $7,232.59 | $0.00 | $7,232.59 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $2,813.48 | $0.00 | $2,813.48 |
| 15 | LOANCARE SERVICING CENTER<br>»» 015 | Mortgage Arrears | $51.22 | $0.00 | $51.22 |
| 16 | BUREAU OF ACCOUNT MANAGEMENT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,131.99 | Current Monthly Payment: | $670.29 |
| Paid to Claims: | $6,524.08 | Arrearages: | $470.29 |
| Paid to Trustee: | $601.20 | Total Plan Base: | $25,029.82 |
| Funds on Hand: | $6.71 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.